ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                              )
                                          )
State Corps Limited                       )    ASBCA No. 60888
                                          )
Under Contract No. W912DQ-12-C-4008       )

APPEARANCE FOR THE APPELLANT:        R. Dale Holmes, Esq.
                                       Cohen Seglias Pallas Greenhall & Furman PC
                                       Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      Thomas J. Warren, Esq.
                                       Acting Engineer Chief Trial Attorney
                                     James D. Stephens, Esq.
                                     Michael E. Taccino, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Middle East
                                       Winchester, VA

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 9 March 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60888, Appeal of State Corps Limited, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals